UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN POHL, | ) | 1:03-CV-6699 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #20) |
| | ) | |
| CRAVEN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2005, plaintiff filed a motion to extend time to comply with the court's order of April 15, 2005, to complete and return the service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to complete the service documents.

IT IS SO ORDERED.

**Dated:   June 13, 2005**            /s/ Lawrence J. O'Neill
b6edp0                            UNITED STATES MAGISTRATE JUDGE