UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN POHL, | 1:03-cv-06699-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | |
| WARDEN OF CORCORAN STATE PRISON, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. / | |

Plaintiff, Adrian Pohl ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed April 14, 2005,
are ADOPTED IN FULL; and,

    2.   The Eighth Amendment claims against defendants Frietas,
Hall, Hense, Dr. Sanchez, Dotson, and Does 1-2, and the Eighth
Amendment claim against defendant Warden under the theory of
supervisory liability, are DISMISSED from this action; and,

    3.   This case is referred back to the Magistrate Judge for
further proceedings.

IT IS SO ORDERED.

**Dated:   June 15, 2005**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2