1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

ADRIAN POHL,                                    1:03-CV-6699 AWI LJO P

10

      Plaintiff,

11

  vs.

ORDER DIRECTING SERVICE
BY THE UNITED STATES MARSHAL
WITHOUT PREPAYMENT OF COSTS

12

WARDEN OF CORCORAN STATE
PRISON, et al.,

13

14

      Defendants.

                 /

15

16

      Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court

17

previously ordered plaintiff to provide information for service of process on form USM-285,

18

sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff has filed the

19

required papers.  Accordingly, IT IS HEREBY ORDERED that:

20

      1. The Clerk of the Court is directed to forward the following documents to the

21

United States Marshal:

22

          (1)     One completed and issued summons for each defendant to be

23

      served;

24

          (2)     One completed USM-285 form for each defendant to be served;

25

          (3)     One copy of the complaint filed on November 26, 2003 for each

26

      defendant to be served, plus an extra copy for the Marshal;

1

1          (4)     One copy of this order for each defendant to be served, plus an

2                  extra copy for the Marshal;

3          (5)     One copy of the court's consent form for each defendant to be

4                  served.

5          2.  Within ten days from the date of this order, the United States Marshal is

6  directed to notify the following defendants of the commencement of this action and to request a

7  waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C.

8  § 566(c):

9          C/O CRAVEN

10         R. AGUIRE

11         D. HILL

12         MASCARENAS

13         3.  The U.S. Marshal is directed to retain the summons and a copy of the

14  complaint in their file for future use.

15         4.  The United States Marshal shall file returned waivers of service as well as any

16  requests for waivers of service that are returned as undelivered as soon as they are received.

17         5.  If a waiver of service is not returned by a defendant within sixty days of the

18  date of mailing the request for waiver, the United States Marshal shall:

19         a.  Personally serve process and a copy of this order upon the defendant

20             pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

21             § 566(c) and shall command all necessary assistance from the California

22             Department of Corrections (CDC) to execute this order.  The United States

23             Marshal shall maintain the confidentiality of all information provided by

24             the CDC pursuant to this order.

25         b.  Within ten days after personal service is effected, the United States

26

1    Marshal shall file the return of service for the defendant, along with

2    evidence of any attempts to secure a waiver of service of process and of

3    the costs subsequently incurred in effecting service on said defendant.

4    Said costs shall be enumerated on the USM-285 form and shall include the

5    costs incurred by the Marshal's office for photocopying additional copies

6    of the summons and complaint and for preparing new USM-285 forms, if

7    required.  Costs of service will be taxed against the personally served

8    defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

9         6.  In the event that defendants make an appearance in this action by filing an

10   answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally

11   serve those defendants.

12        7.  In the event that defendants either waive service or are personally served,

13   defendants are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

14

15

16   IT IS SO ORDERED.

17   **Dated:    June 24, 2005**                          **/s/ Lawrence J. O'Neill**
     b6edp0                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26