UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN POHL, | ) | 1:03-CV-6699 AWI LJO P |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| CRAVEN, et al., | ) | (DOCUMENT #26) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, defendants filed a motion to extend time to file a responsive pleading to the complaint filed on November 26, 2003.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted **THIRTY (30) DAYS** from the date of service of this order in which to file its responsive pleading.

IT IS SO ORDERED.

**Dated:   October 12, 2005**          /s/ Lawrence J. O'Neill
b6edp0                      UNITED STATES MAGISTRATE JUDGE