UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN POHL, ) | 1:03-CV-6699 AWI LJO P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF |
| v. ) | TIME TO CONDUCT DISCOVERY |
| CRAVEN, et al., ) | (DOCUMENT # 41) |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2006, plaintiff filed motion requesting that the Court extend both the non-dispositive motion Deadline and Discovery deadline. According to the Court record, the deadline to file an unenumerated 12(b) motion expired on February 14, 2006. Thus, Plaintiff's request to extend that deadline is untimely and will be denied.

Plaintiff timely moved to extend the discovery deadline of August 14, 2006. To date, no opposition to the request has been filed by Defendants. Thus, the Court will grant Plaintiff to and including October 16, 2006, to complete the discovery process. This deadline coincides with the current

1  deadline to file dispositive motions.

2      Accordingly, the Court HEREBY ORDERS:

3      1.    Plaintiff is granted **to and including October 16, 2006,** to complete discovery.

4      The parties are reminded that any requests for extensions of the deadlines set in the order must

5  be filed prior to the expiration of the deadlines in question.

6  IT IS SO ORDERED.

7  **Dated:    September 6, 2006**              /s/ Lawrence J. O'Neill
   b6edp0                                        UNITED STATES MAGISTRATE JUDGE