IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ADRIAN POHL,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CRAVEN, et al.,**<br><br>　　　　　　　Defendants. | 1:03-cv-6699 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION (Doc. 43.)**<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Doc. 45)** |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2006, Defendants filed a motion to extend time to file a dispositive motion.  Plaintiff, on October 24, 2006, also filed a Motion for Extension of time, however, it is unclear why Plaintiff is seeking such an extension.

　　　　The Court, having considered Defendants' request for an extension of time to file a dispositive motion, and good cause having been found, the Court shall GRANT Defendant's request for an extension of time.  Upon the filing of a dispositive Motion by Defendants, Plaintiff will then have time to file an Opposition to any Motion.  Thus, his request for an extension of time is unnecessary at this time and will therefore, be disregarded.

　　　　The Court HEREBY ORDERS:

　　1.　Defendants shall be granted an extension of time, of thirty days, to and including November 15, 2006, to file a dispositive motion.

2. Plaintiff's Motion for an extension of time is DISREGARDED as unnecessary at this time. As noted above, Plaintiff may file an Opposition to any Motion filed by the Defendants after the Defendants have actually filed such document.

IT IS SO ORDERED.

**Dated:   November 13, 2006**             /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE