UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN POHL, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN OF CORCORAN, et al., <br><br> Defendants. | 1:03-CV-6699 AWI LJO P <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION NUNC PRO TUNC <br><br> (DOCUMENT #47) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2006, defendants filed a second request/motion to extend time to file a dispositive motion. Defendants filed their Motion for Summary Judgment on December 15, 2006. Accordingly, the Court HEREBY ORDERS:

The Defendants Motion for Extension of time to file a dispositive motion is GRANTED nunc pro tunc to December 15, 2006.

IT IS SO ORDERED.

**Dated:   January 3, 2007**            /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE