# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN POHL, | CASE NO. 03-6699 AWI LJO P |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS |
| CRAVEN, et. al., | |
| Defendant. | |

Adrian Pohl ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on November 26, 2003. On December 15, 2006, Defendants filed a Motion for Summary Judgment. Plaintiff, has not, however, filed an Opposition or Statement of Non-Opposition as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss and for Summary Judgment. **Plaintiff's failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:   January 16, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE