# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN POHL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAVEN, et. al.,<br><br>　　　　　　　　Defendant.<br>_____/ | CASE NO. 03-6699 AWI LJO P<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. 55.)<br><br>ORDER DENYING MOTION TO COMPEL (Doc. 56.) |

　　　　Adrian Pohl ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on November 26, 2003.

　　　　On December 14, 2005, this Court issued a Discovery and Scheduling Order setting forth a Discovery Deadline of August 14, 2006, and an Amended Pleadings Deadline of September 14, 2006.  Defendants moved for Summary Judgment on December 15, 2006, which motion is currently pending before the Court.

　　　　On February 9, 2007, Plaintiff submitted a Motion for Leave to Amend the Complaint and a Motion to Compel discovery.  Both of these Motions were filed after their respective deadlines expired.

　　　　Accordingly, the Court HEREBY ORDERS:

　　　　1.　　　The Motion for Leave to Amend the Complaint is DENIED; and

　　　　2.　　　The Motion to Compel is DENIED.

IT IS SO ORDERED.

**Dated:**　　February 16, 2007　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE