1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   ADRIAN POHL,                           1:03-cv-06699-AWI NEW (DLB) P

12                 Plaintiff,               **ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS** (Doc. 62)
13   vs.
                                            **ORDER GRANTING MOTION FOR
14   WARDEN OF CORCORAN STATE               SUMMARY JUDGMENT** (Doc. 48)
     PRISON, et al.,
15                                          **ORDER DISMISSING ACTION**
                 Defendants.
16   _____/

17

18        Plaintiff, Adrian Pohl ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On April 11, 2007, the Magistrate Judge filed Findings and

24   Recommendations herein which were served on the parties and which

25   contained notice to the parties that any objections to the

26   Findings and Recommendations were to be filed within thirty (30)

27   days.  To date, the parties have not filed objections to the

28   Magistrate Judge's Findings and Recommendations.

                                    1

1     In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 de novo review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6     Accordingly, IT IS HEREBY ORDERED that:

7     1.    The Findings and Recommendations, filed April 11, 2007,

8           are ADOPTED IN FULL;

9     2.    Defendants' motion for summary judgment, filed December

10          15, 2006, is GRANTED; and,

11    3.    This action is therefore DISMISSED.

12 IT IS SO ORDERED.

13 **Dated:   June 13, 2007**                    **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2